## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JOHN A. ROBBINS,**

     **Petitioner,**

**v.**                                                                  **Case No. 3:14cv559/MCR/CJK**

**SECRETARY, FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

     **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 10, 2016.  ECF No. 22.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.   The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this Order.

2.   The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. John Anderson Robbins a/k/a John Anderson Robinson*, Escambia County Circuit Court Case No. 77-1945, is DENIED, and the clerk is directed to close the file.

3.   A certificate of appealability is DENIED.

**DONE AND ORDERED** this 16th day of September 2016.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**